**MORRISON | FOERSTER**

250 WEST 55TH STREET
NEW YORK, NY 10019-9601

TELEPHONE: 212.468.8000
FACSIMILE: 212.468.7900

WWW.MOFO.COM

MORRISON & FOERSTER LLP

BEIJING, BERLIN, BOSTON,
BRUSSELS, DENVER, HONG KONG,
LONDON, LOS ANGELES, NEW YORK,
NORTHERN VIRGINIA, PALO ALTO,
SAN DIEGO, SAN FRANCISCO, SHANGHAI
SINGAPORE, TOKYO, WASHINGTON, D.C.

October 13, 2020

Writer's Direct Contact
+1 (212) 336.4341
AdamHunt@mofo.com

**Via ECF**

Hon. Valerie E. Caproni
U.S. District Court
Southern District of New York
Thurgood Marshall Courthouse
40 Foley Sq.
New York, NY 10007

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

Re:   *Seiller v. Target Corp.*
      Case No. 1:20-cv-07818 (S.D.N.Y)

Dear Judge Caproni:

We represent Defendant Target Corporation in the above-referenced action and write pursuant to Rule 2(C) of Your Honor's Individual Rules to respectfully request that the Court extend the current deadline for Target to respond to Plaintiff's Complaint until November 20, 2020, and adjourn the initial status conference to a date convenient for the Court on or after December 7, 2020.

Target's response is currently due on October 15, 2020, and the initial status conference is scheduled for November 6, 2020. This is Target's first request for an extension of time to respond to the complaint and seek an adjournment of the initial status conference. Target is seeking an extension of these dates at this early stage of the proceedings in order to investigate the claims raised in Plaintiff's Complaint, meet and confer with Plaintiff, and prepare Target's response. Plaintiff consents to these requests for an extension and adjournment, and they will not impact any other case deadlines.

Respectfully Submitted,

/s/ *Adam J. Hunt*

Adam J. Hunt

> Application GRANTED. Defendant's deadline to respond to Plaintiff's complaint is extended to **November 20, 2020.** The initial pretrial conference is adjourned to **December 11, 2020 at 10:00 a.m.** The parties' joint letter is due by **December 3, 2020.** The parties must appear for the hearing by dialing 888-363-4749, using the access code 3121171, and the security code 7818.
>
> SO ORDERED.
>
> *[Signature: Valerie Caproni]*
>
> 10/13/2020
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

sf-4353783