```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/11/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
MATTHEW SEILLER, individually and on
behalf of all others similarly situated,

                               Plaintiff,

-against-

TARGET CORPORATION,

                               Defendant.
-------------------------------------------------------------- X

20-cv-7818 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

    WHEREAS an initial pretrial conference was held on December 11, 2020;

    IT IS HEREBY ORDERED THAT:

1. Defendant's motion for judgment on the pleadings is due by **January 29, 2021**. Plaintiff's opposition is due by **February 19, 2021**. Defendant's reply is due by **March 5, 2021.**

2. Discovery is STAYED pending resolution of Defendant's motion for judgment on the pleadings.

**SO ORDERED.**

Date: December 11, 2020
      New York, New York

                                                                     **VALERIE CAPRONI**
                                                                      **United States District Judge**